IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02336-RPM

CHRISTOPHER L. SMITH,

      Plaintiff,

v.

BNSF RAILWAY COMPANY,
a Delaware corporation,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **January 8, 2009, at 10:30 a.m.** in

the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on December 30, 2008.**

      The conference is conducted with counsel only and no parties or representatives of

parties will be permitted to attend.

      Dated: November 18th, 2008

                               BY THE COURT:

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior District Judge