IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02336-RPM

CHRISTOPHER L. SMITH,

      Plaintiff,

v.

BNSF RAILWAY COMPANY,
a Delaware corporation,

      Defendant.

_____

ORDER STRIKING CASE FROM THE CALENDAR CALL
_____

Defendant having filed a motion for summary judgment, it is

ORDERED that this case is stricken from the October 2, 2009, Calendar Call.

Dated: September 17th, 2009

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge