IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: July 30, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-02336-RPM

CHRISTOPHER L. SMITH,                      Elwyn F. Schaefer

      Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,     Andrew D. Ringel

      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**10:29 a.m.**     **Court in session.**

Plaintiff present.

Court's preliminary remarks.

10:33 a.m.     Argument by Mr. Ringel.
10:45 a.m.     Argument by Mr. Schaefer.
10:51 a.m.     Rebuttal argument by Mr. Ringel.

**ORDERED:**     **Defendant's Motion for Summary Judgment, filed July 27, 2009 [12], is taken under advisement.**

**10:55 a.m.**     **Court in recess.**

Hearing concluded. Total time: 26 min.